

**Katten**
KattenMuchinRosenman LLP

2900 K Street NW
North Tower, Suite 200
Washington, D.C. 20007
202-625-3500 tel
202-298-7570 fax
www.kattenlaw.com

MICHAEL R. JUSTUS
michael.justus@kattenlaw.com
(202) 625-3575 direct
(202) 298-7570 fax

January 6, 2014

<u>Via ECF</u>

The Honorable Judge Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Gulfstream Aerospace Corporation v. Aviloop LLC and Nadia Marcinko, 13 Civ. 08203 (AT)(AJP)*

Dear Judge Torres:

Pursuant to Section I.D. of this Court's Individual Practices in Civil Cases, plaintiff Gulfstream Aerospace Corporation ("Gulfstream") respectfully requests an adjournment of the initial pretrial conference scheduled for January 17, 2014.

This is the first request by any party to adjourn this conference. Counsel for Gulfstream has consulted with counsel for defendants Aviloop LLC and Nadia Marcinko (together, "Defendants"), and Defendants consent to this request.

The parties have reached a settlement agreement in principle, and are currently engaged in good faith efforts to complete the settlement and resolve this matter without the need for further court proceedings. An adjournment will allow the parties to continue their settlement efforts without increasing litigation costs or imposing additional burdens upon their resources, or the time and resources of the Court.

The parties request that the Court adjourn the pretrial conference for one month, until February 17, 2014, or such later date as may be convenient for the Court. If February 17th is acceptable, the parties propose submitting a joint letter by February 10, 2014, in accordance with the Court's Initial Pretrial Conference Order dated November 26, 2013.

Thank you for your consideration of this request.

Respectfully submitted,

Michael R. Justus

AUSTIN   CENTURY CITY   CHARLOTTE   CHICAGO   HOUSTON   IRVING   LOS ANGELES
NEW YORK   ORANGE COUNTY   SAN FRANCISCO BAY AREA   SHANGHAI   WASHINGTON, DC
LONDON: KATTEN MUCHIN ROSENMAN UK LLP
A limited liability partnership including professional corporations

100152326v1



January 6, 2014
Page 2


cc: Gulfstream Aerospace Corporation
    Alan R. Friedman (co-counsel for Plaintiff)
    Maureen Toohey (counsel for Defendants)